IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DARREN L. JAMES,

    Plaintiff,

v.                                                              Civ. No. 16-1183 MV/GBW

DISTRICT ATTORNEY'S OFFICE, *et al.*,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on review of the record. Plaintiff filed a Complaint alleging violations of his rights under the United States Constitution pursuant to 42 U.S.C. § 1983. *Doc. 1.* Defendants filed a Motion to Dismiss on January 5, 2017. *Doc. 8.* On January 24, 2017, the Court granted a motion to stay the case until the Court issued its ruling on Defendants' Motion to Dismiss. *Doc. 10.*

The Magistrate Judge filed a Proposed Findings and Recommended Disposition (PFRD) on March 24, 2017, recommending that Defendants' Motion to Dismiss be granted. *Doc. 11.* Plaintiff has filed no objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 11*) is ADOPTED. Defendants' Motion to Dismiss is GRANTED and Plaintiff's Complaint is hereby DISMISSED with prejudice.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE